IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL ANTHONY RIVERS,

    Plaintiff,

v.                                           CASE NO. 4:15cv212-RH/CAS

NEFF RENTAL, LLC,

    Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## THE MOTION TO COMPEL DISCOVERY

The defendant has moved to compel discovery. The Local Rules allow such a motion only after a good-faith conference between the attorneys. To comply with this requirement, the defendant's attorney sent the plaintiff's attorney three letters, to which the plaintiff's attorney apparently did not respond.

This is not good enough. Before presenting a discovery dispute to the court, the attorneys ordinarily must actually talk with one another, over the phone if not in person. So the defendant's attorney needs to pick up the phone and call. And the plaintiff's attorney needs to take the call or promptly return it. The plaintiff's attorney should take note: if the defendant's attorney calls and the plaintiff's

attorney does not take the call or promptly return it, the discovery dispute probably will not end well for the plaintiff.

For these reasons,

IT IS ORDERED:

The motion to compel discovery, ECF No. 23, is denied without prejudice.

SO ORDERED on October 14, 2015.

                                      s/Robert L. Hinkle
                                      United States District Judge